IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MARTHA JOAN ANDERSON,** | ) | Case No. 05 b 08393 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

### TRUSTEE'S FINAL REPORT

To:  The Honorable Jacqueline Cox
     Bankruptcy Judge

   NOW COMES DAVID R. HERZOG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

   1.   The Petition commencing this case was filed on March 9, 2005 under Chapter 7 of the Bankruptcy Code ("Code").

   2.   Thereafter, David R. Herzog was appointed as Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

   3.   The Trustee certifies he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under order of this Court or are sought to be abandoned by the Trustee; there is no other property belonging to the estate to the best of the Trustee's knowledge; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this

estate is ready to be closed.  The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

    4    The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $ 0.00.  The property abandoned, or sought to be abandoned herein, along with the reasons for such abandonment, is described in the aforesaid "Exhibit B".

    5    A summary of the Trustee's final account as of is as follows:

        a.    RECEIPTS (see Exhibit C)    $ 25,049.29

        b.    DISBURSEMENTS (see Exhibit C)    $ 2.55

        c.    NET CASH available for distribution $ 25,046.74

        d.    ADMINISTRATIVE EXPENSES:

            1.    Trustee's compensation requested (see Exhibit E)    $ 1,500.00

            2.    Expenses (see Exhibit E)
                    Photocopies    $ 0.00

            3.    Compensation requested by attorney or other professionals for Trustee (see Exhibit F)

                Attorneys for Trustee    $ 0.00

    6    The Bar Date for filing unsecured claims expired on September 22, 2006.

    7    All claims filed in this case with the Clerk of Bankruptcy Court have been reviewed by the Trustee to the extent warranted by the circumstances of this case, and a report is attached as Exhibit D.  The actual dollar amount of claims allowed and/or filed for this estate is as follows:

    a. Allowed unpaid secured claims     $    0.00

    b. Chapter 7 administrative claims     $    1,500.00
       (Including Clerk's Fees)

    c. Chapter 11 administrative claims     $    0.00

    d. Allowed priority claims     $    0.00

    e. Allowed unsecured claims     $    151,715.60

8. There were no priority claims filed in this estate.

9. Trustee proposes that unsecured creditors receive a distribution of .15520315643% of allowed claims.

10. Total compensation previously awarded to Trustee's counsel, accountant, or other professional is $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00 (See Exhibit G).

11. A fee of $1,200.00 was paid to the attorneys for the Debtor for services rendered in connection with this case and no basis appears to request an examination of those fees pursuant to 11 U.S.C. Section 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above foregoing is true and correct, requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. Sections 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement and make final allowance of the administrative claims and expenses stated in

this report, and for such other and further relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 3/18/07       /s/ David R. Herzog
SIGNATURE

David R. Herzog
TRUSTEE NAME

77 W. Washington St., Ste. 1717
Chicago, Illinois 60602
ADDRESS

## **EXHIBIT A**

<u>TASKS PERFORMED BY TRUSTEE</u>

1. The Trustee investigated the assets of the Debtor, as well as the accuracy of the information contained in the schedules.

2. The Trustee made all necessary disbursements and receipts to the Estate's account.

3. The Trustee prepared interim and final reports.

4. The Trustee reviewed claims.

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-08393 6  
**Case Name:** ANDERSON, MARTHA JOAN  
**Period Ending:** 11/30/07

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 03/09/05 (f)  
**§341(a) Meeting Date:** 04/13/05  
**Claims Bar Date:** 09/22/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE - 2453 COCHRAN, BLUE ISLAND, IL | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3 | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4 | WEARING APPAREL | 100.00 | 100.00 | | 0.00 | 0.00 |
| 5 | IRA | 177,592.00 | 0.00 | | 0.00 | 0.00 |
| 6 | STOCKS IN LOTHAIR | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | 2000 VOLKSWAGEN | 5,500.00 | 4,300.00 | | 0.00 | 0.00 |
| 8 | ADVERSARY ACTION (u) | 25,000.00 | Unknown | | 25,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 49.29 | Unknown |
| 9 | **Assets    Totals** (Excluding unknown values) | **$383,742.00** | **$179,400.00** | | **$25,049.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

File final report.

Printed: 02/01/2008 04:49 PM   V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-08393 6  
**Case Name:** ANDERSON, MARTHA JOAN  

**Period Ending:** 11/30/07

**Trustee:** (330520)    DAVID HERZOG  
**Filed (f) or Converted (c):** 03/09/05 (f)  
**§341(a) Meeting Date:** 04/13/05  
**Claims Bar Date:** 09/22/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2006    **Current Projected Date Of Final Report (TFR):** January 31, 2008  (Actual)

Printed: 02/01/2008 04:49 PM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-08393 6  
**Case Name:** ANDERSON, MARTHA JOAN  

**Taxpayer ID #:** 13-7573921  
**Period Ending:** 11/30/07  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****07-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/07 | {8} | Martha Joan Anderson | Payment 1 of 2 on Settlement of Adversary | 1241-000 | 12,500.00 | | 12,500.00 |
| 08/20/07 | {8} | Martha Joan Anderson | Payment 2 of 2 on Settlement of Adversary | 1241-000 | 12,500.00 | | 25,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.12 | | 25,009.12 |
| 08/31/07 | | CHASE BANK | Federal interest withheld | 5900-000 | | 2.55 | 25,006.57 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.46 | | 25,019.03 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.69 | | 25,033.72 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.02 | | 25,046.74 |
| | | | **ACCOUNT TOTALS** | | **25,049.29** | **2.55** | **$25,046.74** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **25,049.29** | **2.55** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,049.29** | **$2.55** | |

{} Asset reference(s)

Printed: 02/01/2008 04:49 PM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 05-08393 6 | | **Trustee:** | DAVID HERZOG (330520) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ANDERSON, MARTHA JOAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****07-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7573921 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/30/07 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | MMA # ***-*****07-65 | 25,049.29 | 2.55 | 25,046.74 |
| | | $25,049.29 | $2.55 | $25,046.74 |

{} Asset reference(s)                                                                                                                                   Printed: 02/01/2008 04:49 PM    V.10.03