**EXHIBIT E**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MARTHA JOAN ANDERSON,** | ) | **Case No. 05 b 08393** |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO: The Honorable John D. Schwartz
    Bankruptcy Judge

NOW COMES DAVID R. HERZOG, Trustee herein, pursuant to 11 U.S.C. 330; and hereby requests $ __1,500.00__ as compensation and $__0.00__ for reimbursement of expenses, no amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $25,049.29. Pursuant to 11 U.S.C. Section 326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $__1,250.00__ | ($ 1,250.00 max.) |
| 10% of next $45,000.00 | $__2,004.93__ | ($ 4,500.00 max.) |
| 5% of next $950,000.00 | $__0.00__ | ($47,500.00 max.) |
| 3% of balance | $__0.00__ | |
| TOTAL COMPENSATION | $__3,254.93__ * | |

*Due to the limited funds in the estate, the Trustee has limited his fees to $1,500.00

II.  TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $            0.00 |
| Postage | $            0.00 |
| Long Distance, Telephone Charges | $            0.00 |
| Clerical/Office Overhead | $            0.00 |
| Other (Envelopes; Filing Fees; Messengers) | $            0.00 |
| TOTAL EXPENSES | $            0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 18th day of March, 2008.


   /s/ David R. Herzog
SIGNATURE


 77 W. Washington Street, #1717
 Chicago, Illinois 60602
ADDRESS