IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARTHA JOAN ANDERSON, | ) | Case No. 05 b 08393 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

    On: **August 26, 2008**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 25,049.29 |
    | Disbursements | $     2.55 |
    | Net Cash Available for Distribution | $ 25,046.74 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | David R. Herzog, Trustee in Bankruptcy | 0 | $ 1,500.00 | $   0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

    N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $151,715.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .15520315643%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citibank | $ 4,659.90 | $ 723.23 |
| 2 | Citibank | $ 7,743.57 | $ 1,201.83 |
| 3 | First Midwest Bank | $139,312.13 | $21,621.68 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **July 22, 2008**                                                                                                   For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Herzog |
| Address: | 77 West Washington, Suite 1717 |
| | Chicago, Illinois 60602 |
| Phone No.: | (312) 977-1600 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8393  Doc 45  Filed 07/22/08  Entered 07/25/08 00:59:00  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1           Date Rcvd: Jul 22, 2008
Case: 05-08393                 Form ID: pdf002             Total Served: 12

The following entities were served by first class mail on Jul 24, 2008.
db          +Martha Joan Anderson,    2453 Cochran,    Blue Island, IL 60406-1710
aty         +William J. Bryan,    17926 Dixie Highway,    Homewood, IL 60430-3055
tr          +David R Herzog,    Herzog & Schwartz PC,    77 W Washington Suite 1717,    Chicago, IL 60602-3943
9024425      AMERICAN EXPRESS,    P.O. BOX 5452,    MT.LAUREL, NJ  08054-5452
9024423     +ANDERSON MARTHA JOAN,    2453 COCHRAN,    BLUE ISLAND, IL 60406-1710
9024427     +AT&T UNIVERSAL CARD,    P.O. BOX 6413,    THE LAKES, NV 88901-6413
9024426     +AT&T UNIVERSAL CARD,    P.O. BOX 6414,    THE LAKES, NV 88901-6414
9024428      COUNTRYWIDE,    P.O. BOX 660694,    DALLAS, TX  75266-0694
10902264     Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV  88901-6305
9024429     +FIRST MIDWEST BANK NATIONAL ASSOC.,    300 PARK BLVD.,    ITASCA, IL 60143-2682
10922535    +First Midwest Bank,    c/o Randall & Kenig LLP,    455 N. Cityfront Plaza Drive-Suite 2510,
              Chicago, Illinois 60611-5323,    Attn.: Scott H. Kenig, Esq.
10502886    +First Midwest Bank,    Scott H Keneig, Esq,    Randall & Kenig LLP,
              455 N Cityfront Plaza  Suite 3160,    Chicago IL 60611-5355

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9024424*    +WILLIAM J BRYAN,    17926 DIXIE HIGHWAY,    HOMEWOOD, IL 60430-3055
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2008**           **Signature:** _Joseph Speetjens_