**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MARTHA JOAN ANDERSON,** | ) | Case No. 05 b 08393 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JACQUELINE COX
      BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation, a copy of which are attached hereto as Exhibit "A".

   All checks have been cashed. Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, and requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.


  _12/31/08_                          _/s/ David R. Herzog_
     DATE                                   TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARTHA JOAN ANDERSON, | ) | Case No. 05 b 08393 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

ORDER AWARDING TRUSTEE'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows;

1. Trustee's compensation           $    1,500.00
2. Trustee's expenses               $        0.00

                           TOTAL    $    1,500.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ 2-26-08

ENTERED:

J. Cox                    Jacqueline P. Cox
_____
                     UNITED STATES BANKRUPTCY JUDGE

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-08393 6 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | ANDERSON, MARTHA JOAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****07-65 - Money Market Account |
| Taxpayer ID #: | 13-7573921 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/26/07 | {8} | Martha Joan Anderson | Payment 1 of 2 on Settlement of Adversary | 1241-000 | 12,500.00 | | 12,500.00 |
| 08/20/07 | {8} | Martha Joan Anderson | Payment 2 of 2 on Settlement of Adversary | 1241-000 | 12,500.00 | | 25,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.12 | | 25,009.12 |
| 08/31/07 | | CHASE BANK | Federal interest withheld | 5900-000 | | 2.55 | 25,006.57 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.46 | | 25,019.03 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.69 | | 25,033.72 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.02 | | 25,046.74 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 12.75 | | 25,059.49 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 11.45 | | 25,070.94 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.14 | | 25,076.08 |
| 03/12/08 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-08393 Voided on 03/12/08 | 2300-000 | | 18.35 | 25,057.73 |
| 03/12/08 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-08393 Voided: check issued on 03/12/08 | 2300-000 | | -18.35 | 25,076.08 |
| 03/12/08 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-08393 | 2300-000 | | 18.35 | 25,057.73 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.65 | | 25,062.38 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.49 | | 25,065.87 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.13 | | 25,069.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,072.18 |

**Subtotals :**   **$25,093.08**   **$20.90**

{} Asset reference(s)

Printed: 12/31/2008 03:09 PM   V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-08393 6
**Case Name:** ANDERSON, MARTHA JOAN

**Taxpayer ID #:** 13-7573921
**Period Ending:** 12/31/08

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****07-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,075.36 |
| 08/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.77 | | 25,078.13 |
| 08/28/08 | | To Account #********0766 | Transfer to Checking Account for Final Distribution | 9999-000 | | 25,078.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **25,099.03** | **25,099.03** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 25,078.13 | |
| | | | **Subtotal** | | **25,099.03** | **20.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,099.03** | **$20.90** | |

{} Asset reference(s)

Printed: 12/31/2008 03:09 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-08393 6 | | **Trustee:** | DAVID HERZOG (330520) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ANDERSON, MARTHA JOAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****07-66 - Checking Account |
| **Taxpayer ID #:** | 13-7573921 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/31/08 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/28/08 | | From Account #********0765 | Transfer to Checking Account for Final Distribution | 9999-000 | 25,078.13 | | 25,078.13 |
| 09/10/08 | 101 | David R. Herzog, Trustee in Bankruptcy | Final Distribution | 2100-000 | | 1,500.00 | 23,578.13 |
| 09/10/08 | 102 | Citibank | Final Distribution Claim No. 1 | 7100-000 | | 724.20 | 22,853.93 |
| 09/10/08 | 103 | Citibank | Final Distribution | 7100-000 | | 1,203.42 | 21,650.51 |
| 09/10/08 | 104 | First Midwest Bank | Final Distribution Claim No. 3 | 7100-000 | | 21,650.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **25,078.13** | **25,078.13** | **$0.00** |
| | | | Less: Bank Transfers | | 25,078.13 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **25,078.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,078.13** | |

{} Asset reference(s)                                                                                           Printed: 12/31/2008 03:09 PM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-08393 6 | | Trustee: | DAVID HERZOG (330520) |
| Case Name: | ANDERSON, MARTHA JOAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****07-66 - Checking Account |
| Taxpayer ID #: | 13-7573921 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****07-65 | 25,099.03 | 20.90 | 0.00 |
| Checking # ***-*****07-66 | 0.00 | 25,078.13 | 0.00 |
| | $25,099.03 | $25,099.03 | $0.00 |

{} Asset reference(s)

Printed: 12/31/2008 03:09 PM    V.10.54