UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| | ) | |
| Martha Joan Anderson, | ) | Case No. 05-08393 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

To:  David R. Herzog, Esq.
Herzog & Schwartz, P.C.
77 West Washington St. #1717
Chicago, IL   60602

Please take notice that on Tuesday, March 3, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:   March 3, 2009           BY    /s/ Dean Harvalis, Esq.
Dean C. Harvalis, Assistant United States Trustee
Office of the U.S. Trustee
219 South Dearborn St.  Room 873
Chicago IL 60604
(312) 886-5785

CERTIFICATE OF SERVICE

I, Dean C. Harvalis, Assistant United States Trustee Dean Harvalis, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through eh Court's's Electronic Notice for Registrants on March 3, 2009.

/s/ Dean Harvalis